## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of

Case Number: 22 CV 60838 JEM

Plaintiff:
**ASHLEY LUSKI**

vs.

Defendant:
**EQUIFAX INFORMATION SERVICES, LLC, ET AL**



GTS0000071197

Received by GUARANTEED SUBPOENA SERVICE on the 3rd day of May, 2022 at 1:17 pm to be served on **HEALTHCARE REVENUE RECOVERY GROUP C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Christopher S. Kady, do hereby affirm that on the **4th day of May, 2022 at 11:40 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT**, with the date and hour of service endorsed thereon by me, to: **Monalisa Hart as Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 Hays St., Tallahassee, FL 32301** on behalf of **HEALTHCARE REVENUE RECOVERY GROUP C/O CORPORATION SERVICE COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Black, Height: 5'10", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**Christopher S. Kady**
Process Server #237

**GUARANTEED SUBPOENA SERVICE**
**2009 MORRIS AVENUE**
**UNION, NJ 07083**
**(180) 067-2195**

Our Job Serial Number: GTS-0000071197
Ref: 20220503131300

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z