UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 22-60838-CIV-MARTINEZ-BECERRA**

ASHLEY LUSKI,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC
and HEALTHCARE REVENUE RECOVERY
GROUP d/b/a ARS ACCOUNT RESOLUTION
SERVICES,

    Defendants.
_____/

### ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement stating that Plaintiff and Defendant Equifax Information Solutions, Inc. ("Equifax") have reached a settlement in this matter. (ECF No. 22). It is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff and Defendant Equifax shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), which must be filed with the Clerk of the Court; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before September 22, 2023**.

2. This Order shall have no effect on the remaining defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of August, 2022.

                                                            _____
                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record