UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-60838-JEM

ASHLEY LUSKI,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
HEALTHCARE REVENUE RECOVERY GROUP d/b/a
ARS ACCOUNT RESOLUTION SERVICES,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Ashley Luski, and Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services, ("the Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of settlement and respectfully request that this Court allow thirty (30) days to complete the settlement, during which time Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that a joint stipulation to voluntary dismissal with Prejudice will be filed within thirty (30) days.

Dated this **25th day of August 2022.**

| | |
|---|---|
| */s/ Justin Zeig* | */s/ Ernest H. Kohlmyer, III* |
| Justin Zeig, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No.: 112306 | Florida Bar No. 110108 |
| Justin@zeiglawfirm.com | Skohlmyer@shepardfirm.com |

| | |
|---|---|
| Zeig Law Firm, LLC<br>3475 Sheridan Street, Ste 310<br>Hollywood, FL 33021<br>Phone: (754) 217-3084<br>Fax: (954) 272-7807<br>*Counsel for Plaintiff* | Shepard, Smith, Kohlmyer & Hand, P.A.<br>2300 Maitland Center Parkway, Suite 100<br>Maitland, Florida 32751<br>Telephone (407) 622-1772<br>Facsimile (407) 622-1884<br>*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **August 25, 2022**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Justin Zeig, Esquire at Justin@zeiglawfirm.com *(Attorneys for Plaintiff)*, and Jason Daniel Joffe Esquire at jason.joffe@squirepb.com *(Attorneys for Defendant Equifax Information Services, LLC)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC, d/b/a ARS Account Resolution Services*