UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-60838-CIV-MARTINEZ-BECERRA

ASHLEY LUSKI,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC
and HEALTHCARE REVENUE RECOVERY
GROUP d/b/a ARS ACCOUNT RESOLUTION
SERVICES,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the Joint Notice of Settlement, (ECF No. 24), filed by Plaintiff and Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("HRRG"), stating they have reached a settlement in this matter. It is hereby:

**ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff and the remaining Defendant in this action, HRRG, shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), which must be filed with the Clerk of the Court; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before September 26, 2022.** *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

    2.    If the parties fail to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

3. This case shall remain **ADMINISTRATIVELY CLOSE** this case for statistical purposes only and all pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record